1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:18-PO-00328-DB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE BENCH TRIAL, SETTING MOTION SCHEDULE, AND ORDER |
| v. | |
| PERRY M. CARROLL, | DATE: January 23, 2019 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on January 23, 2019.

2. By this stipulation, the parties now jointly move to continue the bench trial to March 28, 2019, at 9:00 a.m.

3. Additionally, the parties jointly request that the Court adopt the following motion schedule. The defendant shall file his motion to dismiss by January 15, 2019. The United States shall file its opposition by January 22, 2019. The defendant shall file any reply by January 25, 2019. The parties shall appear before the Court for a motion hearing on January 29, 2019, at 10:00 a.m.

4. The parties agree and stipulate, and request that the Court find the

following:

      a)     Due to a lapse in appropriations, the federal government began a partial shutdown on December 22, 2018. The lapse in appropriations included funding for the Department of Justice and the Department of Agriculture. As a result, several employees of the United States Attorney's Office for the Eastern District of California and the United States Forest Service have been furloughed. Specifically, Forest Protection Officer Joe Chavez has been furloughed since December 22, 2018. FPO Chavez wrote the violation notice that forms the basis for this criminal prosecution.

      b)     On January 14, 2019, the parties conferred regarding the status of the case. Counsel for the defendant informed the United States of counsel's intent to file a motion to dismiss pursuant to Rule 12 of the Federal Rules of Criminal Procedure. The parties anticipate that counsel for the defendant will file the motion on January 15, 2019. Accordingly, the parties request that the Court adopt the above-described motion schedule.

IT IS SO STIPULATED.

Dated: January 14, 2019                     McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
                                                  Assistant United States Attorney


Dated: January 14, 2019                     /s/ LINDA ALLISON
                                                  LINDA ALLISON
                                                  REBECCA GENONI
                                                  MARCUS WILLIAMS
                                                  Counsel for Defendant
                                                  PERRY M. CARROLL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.[1]

DATED: January 14, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] The bench trial in this matter shall last one court day.