IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERRY M. CARROLL,<br><br>Defendant. | CASE NO. 2:18-PO-00328-DB<br><br>ORDER RESETTING COLLATERAL AND DISMISSING INFORMATION<br><br>DATE: March 26, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Deborah Barnes |

**ORDER**

Based on the request of the parties, this matter shall be resolved by the defendant forfeiting collateral in lieu of appearance. Collateral in this matter shall be reset to $60. Additionally, the defendant shall pay a $30 processing fee and a $10 special assessment for a total monetary amount of $100. Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Information is dismissed against the above-captioned defendant. The bench trial scheduled for March 26, 2019, is HEREBY VACATED.

Dated: February 26, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE